# EXHIBIT B

## Pierce County Superior Court Civil Case 20-2-06231-1

| | |
|---|---|
| Case Title: | SHANTRA BOLEK-MOORE VS. HCI GROUP |
| Case Type: | Tort - Other |
| Access: | Public |
| Track Assignment: | Complex |
| Jury Size: | |
| Estimated Trial Length: | |
| Dept Judge: | **12 STEPHANIE A AREND** |
| Resolution: | |
| Completion: | |

### Litigants

| Name | Type | Status |
|---|---|---|
| **BOLEK-MOORE, SHANTRA** | Plaintiff | |

| Attorney for BOLEK-MOORE, SHANTRA | Type | Bar Number |
|---|---|---|
| **Kevin Paul Smith** | Atty for Plaintiff/Petitioner | 48578 |

| | | |
|---|---|---|
| **HCI GROUP** | Defendant | |

| Attorneys for HCI GROUP | Type | Bar Number |
|---|---|---|
| **Kellie Anne Tabor** | Atty for Defendant | 46260 |
| **Alyesha Asghar Dotson** | Atty for Defendant | 55122 |

### Filings

| Filing Date | Filing | Access | Pages | Microfilm |
|---|---|---|---|---|
| 05/18/2020 | FILING FEE RECEIVED $240.00 | Public | 0 | |
| 05/18/2020 | CASE INFORMATION COVER SHEET | Public | 1 | |
| 05/18/2020 | ORDER SETTING ORIGINAL CASE SCHEDULE | Public | 1 | |
| 05/18/2020 | SUMMONS | Public | 2 | |
| 05/18/2020 | COMPLAINT | Public | 7 | |
| 06/26/2020 | CONFIRMATION OF SERVICE | Public | 1 | |
| 06/30/2020 | NOTICE OF APPEARANCE | Public | 3 | |

 **PURCHASE COPIES**

### Proceedings

| Date | Calendar | | Outcome |
|---|---|---|---|
| 10/25/2021 | DEPT 12 - JUDGE AREND (Rm. 217A) | | |
| | Unconfirmed | 12:00 Pretrial Conference | |
| WORKINGCOPY | | | |
| 11/15/2021 | DEPT 12 - JUDGE AREND (Rm. 217A) | | |
| | Confirmed | 9:00 Trial | |
| WORKINGCOPY | | | |

### Original Case Schedule Items

| Event | Schedule Date |
|---|---|
| Confirmation of Joinder of Parties, Claims and Defenses | 11/16/2020 |
| Jury Demand | 11/23/2020 |
| Plaintiff's/Petitioner's Disclosure of Primary Witnesses | 02/08/2021 |
| Defendant's/Respondent's Disclosure of Primary Witnesses | 03/08/2021 |
| Disclosure of Rebuttal Witnesses | 06/21/2021 |
| Deadline for Filing Motion to Adjust Trial Date | 07/12/2021 |
| Discovery Cutoff | 08/30/2021 |
| Exchange of Witness and Exhibit Lists and Documentary Exhibits | 09/20/2021 |
| Joint Statement of Evidence | 10/04/2021 |
| Deadline to file Certificate or Declaration re: Alternative Dispute Resolution | 10/04/2021 |
| Deadline for Hearing Dispositive Pretrial Motions | 10/04/2021 |
| Pretrial Conference | 10/25/2021 |
| Trial | 11/15/2021 |

### Judgments

| Cause # | Status | Signed | Effective | Filed |
|---|---|---|---|---|

This calendar lists Confirmed and Unconfirmed Proceedings. Attorneys may **obtain access rights** to confirm/strike selected proceedings. Currently, any proceedings for the Commissioners' calendars can be stricken, but only Show Cause proceedings for the Commissioners' calendars can be confirmed.

Unconfirmed Proceedings will not be heard unless confirmed as required by **the Local Rules of the Superior Court for Pierce County** .

- Hearing and location information displayed in this calendar is subject to change without notice. Any changes to this information after the creation date and time may not display in current version.
- Confidential cases and Juvenile Offender proceeding information is not displayed on this calendar. Confidential case types are: Adoption, Paternity, Involuntary Commitment, Dependency, and Truancy.
- The names provided in this calendar cannot be associated with any particular individuals without individual case research.
- Neither the court nor clerk makes any representation as to the accuracy and completeness of the data except for court purposes.

Created: Thursday July 23, 2020 4:39PM

**WEBSITE INFORMATION**

**Privacy Policy**
**Copyright Notices**

E-FILED
IN COUNTY CLERK'S OFFICE
PIERCE COUNTY, WASHINGTON

May 18 2020 1:21 PM

KEVIN STOCK
COUNTY CLERK
NO: 20-2-06231-1

# SUPERIOR COURT OF WASHINGTON FOR PIERCE COUNTY
## CASE COVER SHEET / CIVIL CASE

Case Title SHANTRA BOLEK-MOORE VS. HCI GROUP
Atty/Litigant Kevin Paul Smith
Address 7512 BRIDGEPORT WAY ST. WEST
City LAKEWOOD         State WA

Case Number 20-2-06231-1
Bar# 48578    Phone (253) 244-7327
Zip Code 98498
Email Address

Please check one category that best describes this case for indexing purposes.
If you cannot determine the appropriate category, Please describe the cause of action below. This will create a Miscellaneous cause which is not subject to PCLR 3.

**APPEAL / REVIEW**
___ Administrative Law Review (ALR 2) REV 6
___ Civil, Non-Traffic (LCA 2) REV 6
___ Civil, Traffic (LCI 2) REV 6
___ Land Use Petition (LUP 2) LUPA

**CONTRACT / COMMERCIAL**
___ Breach of Contract, Commercial Non-Contract or Commercial-Contract (COM 2) STANDARD
___ Third Party Collection (COL 2) REV 4

**JUDGEMENT**
___ Judgement, Another County or Abstract Only (ABJ 2) Non PCLR
___ Transcript of Judgement (TRJ 2) Non PCLR
___ Foreign Judgement Civil or Judgement, Another State (FJU 2) Non PCLR

**TORT / MOTOR VEHICLE**
___ Death, Non-Death Injuries or Property Damage Only (TMV 2) STANDARD

**TORT / NON MOTOR VEHICLE**
___ Other Malpractice (MAL 2) COMPLEX
___ Personal Injury (PIN 2) STANDARD
___ Property Damage (PRP 2) STANDARD
___ Wrongful Death (WDE 2) STANDARD
___ Other Tort, Products Liability or Asbestos (TTO 2) COMPLEX

**PROPERTY RIGHTS**
___ Condemnation (CON 2) STANDARD
___ Foreclosure (FOR 2) REV 4
___ Property Fairness (PFA 2) STANDARD
___ Quiet Title (QTI 2) STANDARD
___ Unlawful Detainer / Eviction (UND 2) REV 4
___ Unlawful Detainer / Contested (UND 2) REV 4

**OTHER COMPLAINT OR PETITION**
___ Compel/Confirm Bind Arbitration, Deposit of Surplus Funds, Interpleader, Subpoenas, Victims' Employment Leave, or Wireless Number Disclosure, Miscellaneous (MSC 2) REV 4
___ Injunction (INJ 2) REV 4
___ Malicious Harassment (MHA 2) Non PCLR
___ Meretricious Relationship (MER 2) REV 4
___ Minor Settlement/No Guardianship (MST2) REV 4
___ Pet for Civil Commit/Sex Predator (PCC2) REV 4
___ Property Damage Gangs (PRG 2) REV 4
___ Relief from Duty to Register (RDR) REV 12
___ Restoration of Firearm Rights (RFR 2) REV 4
___ Seizure of Property/Comm. of Crime (SPC2) REV 4
___ Seizure of Property Result from Crime (SPR2) REV 4
___ Trust/Estate Dispute Resolution (TDR2) REV 12
___ Restoration of Opportunity (CRP) REV 4

**TORT / MEDICAL MALPRACTICE**
___ Hospital, Medical Doctor, or Other Health Care Professional (MED2) COMPLEX

**WRIT**
___ Habeas Corpus (WHC 2) REV 4
___ Mandamus (WRM 2) REV 4
___ Review (WRV 2) REV 4
___ Miscellaneous Writ (WMW 2) REV 4

**MISCELLANEOUS** _____

E-FILED
IN COUNTY CLERK'S OFFICE
PIERCE COUNTY, WASHINGTON

May 18 2020 1:21 PM

KEVIN STOCK
COUNTY CLERK
NO: 20-2-06231-1

IN THE SUPERIOR COURT OF THE STATE OF WASHINGTON
IN AND FOR PIERCE COUNTY

SHANTRA BOLEK-MOORE
    Plaintiff(s)

Vs.

HCI GROUP
    Defendant(s)

No. 20-2-06231-1
ORDER SETTING CASE SCHEDULE
Type of case: TTO
Estimated Trial (days):
Track Assignment: Complex
Assignment Department: 12
Docket Code: ORSCS

| Event | Date |
|---|---|
| Confirmation of Service | 6/29/2020 |
| Confirmation of Joinder of Parties, Claims and Defenses | 11/16/2020 |
| Jury Demand | 11/23/2020 |
| Plaintiff's/Petitioner's Disclosure of Primary Witnesses | 2/8/2021 |
| Defendant's/Respondent's Disclosure of Primary Witnesses | 3/8/2021 |
| Disclosure of Rebuttal Witnesses | 6/21/2021 |
| Deadline for Filing Motion to Adjust Trial Date | 7/12/2021 |
| Discovery Cutoff | 8/30/2021 |
| Exchange of Witness and Exhibit Lists and Documentary Exhibits | 9/20/2021 |
| Joint Statement of Evidence | 10/4/2021 |
| Deadline to file Certificate or Declaration re: Alternative Dispute Resolution | 10/4/2021 |
| Deadline for Hearing Dispositive Pretrial Motions | 10/4/2021 |
| Pretrial Conference | Week of 10/25/2021 |
| Trial | 11/15/2021 9:00 |

**NOTICE TO PLAINTIFF/PETITIONER**

If the case has been filed, the plaintiff shall serve a copy of the Case Schedule on the defendant(s) with the summons and complaint/ petition: Provided that in those cases where service is by publication the plaintiff shall serve the Case Schedule within five (5) court days of service of the defendant's first response/appearance. If the case has not been filed, but an initial pleading is served, the Case Schedule shall be served within five (5) court days of filing. See PCLR 3.

**NOTICE TO ALL PARTIES**

All attorneys and parties shall make themselves familiar with the Pierce County Local Rules, particularly those relating to case scheduling. Compliance with the scheduling rules is mandatory and failure to comply shall result in sanctions appropriate to the violation. If a statement of arbitrability is filed, PCLR 3 does not apply while the case is in arbitration.

Dated: May 18, 2020

*Stephanie A Arend*

Judge STEPHANIE A AREND
Department 12

E-FILED
IN COUNTY CLERK'S OFFICE
PIERCE COUNTY, WASHINGTON

May 18 2020 1:21 PM

KEVIN STOCK
COUNTY CLERK
NO: 20-2-06231-1



A TRUE COPY
DATE 6/10/20 TIME 420PM
SIGNED GRD
SPECIAL PROCESS SERVER # 823

# IN THE SUPERIOR COURT OF THE STATE OF WASHINGTON

# FOR PIERCE COUNTY

| | |
|---|---|
| SHANTRA BOLEK-MOORE, an individual<br><br>Plaintiff,<br><br>v.<br><br>THE HCI GROUP, a Florida Corporation; and DOES 1 through 10, inclusive,<br><br>Defendants. | No.<br><br>**SUMMONS (20 Days)** |

TO THE DEFENDANTS: A lawsuit has been started against you in the above entitled court by SHANTRA BOLEK-MOORE , plaintiff. Plaintiff's claim are stated in the written complaint, a copy of which is served upon you with this summons

In order to defend against this lawsuit, you must respond to the complaint by stating your defense in writing, by serving a copy upon the person signing this summons within 20 days after the service of this summons, excluding the day of service, or a default judgment may be entered against you without notice. A default judgment is one where plaintiff(s) is entitled to what he or she asks for because you have not responded. If you

SUMMONS - PAGE 1 OF 2

DEFIANCE LAW PLLC

1115 Tacoma Ave. S.

serve a notice of appearance on the undersigned person, you are entitled to notice before a default judgment may be entered.

If you wish to seek the advice of an attorney in this matter, you should do so promptly so that your written response, if any, may be served on time.

DATED this 18th day of May 2020.

_____
Kevin P. Smith, WSBA No. 48578
Attorney for Plaintiff

E-FILED
IN COUNTY CLERK'S OFFICE
PIERCE COUNTY WASHINGTON

May 18 2020 1:21 PM

KEVIN STOCK
COUNTY CLERK
NO: 20-2-06231-1

IN THE SUPERIOR COURT OF THE STATE OF WASHINGTON

IN AND FOR PIERCE COUNTY

| | |
|---|---|
| SHANTRA BOLEK-MOORE, an individual,<br><br>Plaintiff,<br><br>v.<br><br>THE HCI GROUP, a Florida Corporation; and DOES 1 through 25, inclusive,<br><br>Defendants. | NO.<br><br>PLAINTIFF'S COMPLAINT FOR DAMAGES<br><br>**JURY TRIAL REQUESTED** |

Plaintiff, by and through her counsel, for her Complaint against Defendants hereby state and allege as follows:

## I. INTRODUCTION

1. Plaintiff Shantra Moore brings this action against Defendants for breach of contract, and wrongful termination and retaliation in violation of public policy.

///

///

PLAINTIFF'S COMPLAINT FOR DAMAGES
Page 1 of 7

Defiance Law PLLC
7512 Bridgeport Way West, Suite A
Lakewood, WA 98499
Phone: (253) 244-7327

## II. JURISDICTION AND VENUE

2. Venue is proper in Pierce County because Defendant transacts business in Pierce County, including the former employment of Plaintiff, and some of the specific acts alleged herein occurred in Pierce County.

3. Defendant THE HCI GROUP (hereinafter "HCI") is within the jurisdiction of this Court. Defendant does business in the State of Washington. Defendant has obtained the benefits of the laws of the State of Washington and the Washington labor markets.

4. Defendants and each of them are the subsidiaries, parent companies, holding companies, alter egos, or successors of each other.

5. The true names and capacities, whether individual, corporate, associate or otherwise, of defendants sued in the Complaint under the fictitious names of DOES 1 through 25, inclusive, are unknown to Plaintiff who therefore sues defendants by such fictitious names. Plaintiff will amend this complaint to allege their true names and capacities when ascertained. Plaintiff is informed and believes, and thereon alleges, that each of the said fictitiously named defendants were the employer of Plaintiff and are responsible in some manner for the occurrences herein alleged.

## III. PARTIES

6. Defendant, HCI, is a corporation in the State of Florida, with its headquarters in Jacksonville, Florida.

7. Plaintiff, Shantra Bolek-Moore, is a resident of the State of Washington and worked as a driver for Defendant Kelly Express in Washington State during the past three years.

## IV. STATEMENT OF FACTS

8. Plaintiff began working for HCI in September 2016 and was the Vice President of Training at the time of her termination on November 29, 2019. As part of the job offer extended to Plaintiff,

**Defiance Law PLLC**
7512 Bridgeport Way West, Suite A
Lakewood, WA 98499
Phone: (253) 244-7327

HCI promised the payment of commissions in addition to the payment of a salary and other benefits. Plaintiff accepted the offer and began working for HCI in September 2016. During her employment, Plaintiff was repeatedly promised, both verbally and in writing, that the payment of commissions would be provided by HCI

9. Due to the non-payment of commissions, beginning in July 2018, Plaintiff began to inquire with her supervisors and other HCI management, about the payment of her commissions.

10. Plaintiff's requests for the payment of her promised commissions intensified in June 2019.

11. On November 25, 2019, Plaintiff sent an email to Matt Polimeni, the Chief of Staff and General Counsel for HCI, demanding she be paid her unpaid commissions by the end of the week. Shortly after sending this email, Plaintiff was notified of her termination.

12. Defendant subjected Plaintiff to retaliation and wrongful termination as a result of Plaintiff's repeated requests for HCI to fulfill their contractual obligation to pay Plaintiff's commissions. The retaliation and wrongful termination that Plaintiff was subjected to on this basis is against public policy.

### V.   FIRST CLAIM FOR RELIEF
### BREACH OF CONTRACT
### Against Defendants and Each of Them

13. Plaintiff realleges and incorporates by reference each and every allegation set forth in the preceding paragraphs.

14. A valid and binding agreement exists between Plaintiff and Defendant in connection with Plaintiff's employment by Defendant. On August 31, 2016, Defendant extended an employment offer to Plaintiff that included a promise to pay commissions of 1% gross margin less 35% applicable burden for projects Plaintiff was accountable for. Plaintiff accepted this offer and began working for HCI in September 2016.

PLAINTIFF'S COMPLAINT FOR DAMAGES
Page 3 of 7

Defiance Law PLLC
7512 Bridgeport Way West, Suite A
Lakewood, WA 98499
Phone: (253) 244-7327

15. Defendant breached the employment contract in failing to pay Plaintiff commissions.

16. At all relevant times, Plaintiff has fully performed all stipulations, conditions and covenants which are part of the employment agreement between Plaintiff and Defendant.

17. As a direct and proximate result of Defendant's breach, Plaintiff has sustained damages in an amount to be determined at trial.

## VI. SECOND CLAIM FOR RELIEF
(Wrongful Termination in Violation of Public Policy)
**Against Defendants and Each of Them**

18. Plaintiff realleges and incorporates by reference each and every allegation set forth in the preceding paragraphs.

19. Plaintiff was subject to wrongful termination due to the conduct described herein above.

20. Defendant took adverse actions against Plaintiff with the purpose of retaliating against her because of her participation in protected activities and Plaintiff suffered damages as a result of that conduct.

21. Defendants' conduct described herein was intended to cause injury to Plaintiff or was despicable conduct carried on by Defendant with a willful and conscious disregard of Plaintiff's rights and subjected Plaintiff to cruel and unjust hardship.

22. As a direct and proximate result of Defendants' conduct, Plaintiff has suffered and continues to suffer injuries and damages including past and future economic loss, pain and suffering, emotional distress and other general compensatory damages in an amount to be proven at trial.

23. Plaintiff requests further relief as hereinafter described.

24. Plaintiff's termination was in violation of fundamental public policy of employers upholding their promised performance under an employment contract.

PLAINTIFF'S COMPLAINT FOR DAMAGES
Page 4 of 7

**Defiance Law PLLC**
7512 Bridgeport Way West, Suite A
Lakewood, WA 98499
Phone: (253) 244-7327

25. Defendant terminated Plaintiff on account of her request for a benefit Defendant offered to Plaintiff as consideration for her acceptance of the offered position.

26. Defendant's actions were willful, malicious, fraudulent and oppressive, and were committed with the wrongful intent to injure Plaintiff and in conscious disregard of Plaintiff's rights.

27. As a direct and proximate result of Defendant's conduct, Plaintiff has suffered and continues to suffer injuries and damages including past and future economic loss, pain and suffering, emotional distress and other general compensatory damages in an amount to be proven at trial.

28. Plaintiff requests further relief as hereinafter described.

29. Plaintiff restates and realleges the allegations set forth in paragraphs 1 through 25 above, as if fully set forth herein.

### VII. THIRD CLAIM FOR RELIEF
**(Retaliation in Violation of Public Policy)**
**Against Defendants and Each of Them**

30. Plaintiff realleges and incorporates by reference each and every allegation set forth in the preceding paragraphs.

31. Defendants' termination of Plaintiff fell shortly after Plaintiff engaged in protected activities by seeking a promised, contractual benefit of her employment.

32. Defendant took adverse actions against Plaintiff with the purpose of retaliating against her because of her participation in protected activities and suffered damages as a result of that conduct.

33. Defendant's decision to terminate Plaintiff was motivated by Plaintiff's opposition to Defendant's breach of contract.

PLAINTIFF'S COMPLAINT FOR DAMAGES
Page 5 of 7

**Defiance Law PLLC**
7512 Bridgeport Way West, Suite A
Lakewood, WA 98499
Phone: (253) 244-7327

34. Defendant's actions were willful, malicious, fraudulent and oppressive, and were committed with the wrongful intent to injure Plaintiff and in conscious disregard of Plaintiff's rights.

35. As a direct and proximate result of Defendant's conduct, Plaintiff has suffered and continues to suffer injuries and damages including past and future economic loss, pain and suffering, emotional distress and other general compensatory damages in an amount to be proven at trial.

36. Plaintiff requests further relief as hereinafter described.

### X.   PRAYER FOR RELIEF

Wherefore, Plaintiffs prays for judgment against the Defendants as follows:

**A.** Award Plaintiff compensatory damages, by providing lost wages, wages, overtime wages, lost meal and rest breaks, and any other lost statutory or contractual benefits, in amounts to be determined at trial;

**B.** Enjoin Defendants and their officers, agents, successors, employees, representatives, and any and all persons acting in concert with them, as provided by law, from engaging in each of the unlawful practices, patterns, and policies set forth herein;

**C.** Award Plaintiff attorneys' fees and costs, as allowed by law;

**D.** Award Plaintiffs pre-judgment and post-judgment interest, as provided by law;

**E.** Order Defendants to pay Plaintiff for any and all tax consequences associated with the damages and cost award, including but not limited to attorneys' fees; and

**F.** Grant such other and further relief as this Court deems necessary.

///

///

### JURY TRIAL DEMAND

PLAINTIFF'S COMPLAINT FOR DAMAGES
Page 6 of 7

Defiance Law PLLC
7512 Bridgeport Way West, Suite A
Lakewood, WA 98499
Phone: (253) 244-7327

Plaintiff requests a jury trial on all questions and facts raised in this Complaint.

DATED this 18th day of May, 2020.

        DEFIANCE LAW PLLC

By: _____
Kevin P. Smith, WSBA No. 48578
7512 Bridgeport Way West, Suite A
Lakewood, WA 98499
Telephone: (253) 244-7327
E-Mail: k.smith@defiance.law

*Attorney for Plaintiff*

PLAINTIFF'S COMPLAINT FOR DAMAGES
Page 7 of 7

Defiance Law PLLC
7512 Bridgeport Way West, Suite A
Lakewood, WA 98499
Phone: (253) 244-7327

E-FILED
IN COUNTY CLERK'S OFFICE
PIERCE COUNTY, WASHINGTON

June 26 2020 11:06 AM

KEVIN STOCK
COUNTY CLERK
NO: 20-2-06231-1

# IN THE SUPERIOR COURT OF THE STATE OF WASHINGTON
# IN AND FOR PIERCE COUNTY

SHANTRA BOLEK-MOORE

        Plaintiff(s),

vs.

HCI GROUP

        Defendant(s)

NO. 20-2-06231-1

CONFIRMATION OF SERVICE

**CS** ✔ **All the named defendants/petitioners/respondents have been served, have joined or have accepted service in writing.**

**CSSRV** ☐ **One or more named defendants have not yet been served.**
(If this is checked, an additional confirmation of service must be filed pursuant to subsection (b) when service is obtained and the following information must be provided.)

DATED: June 26, 2020

/s/ Kevin Paul Smith
Kevin Paul Smith, #48578

DEFIANCE LAW
7512 BRIDGEPORT WAY ST. WEST
LAKEWOOD, WA 98498-9849
(253) 244-7327

cssup-0002.pdf

The Honorable Stephanie A. Arend<br>
Dept. 12<br>
Trial Date: 11/15/2021

IN THE SUPERIOR COURT OF THE STATE OF WASHINGTON
IN AND FOR THE COUNTY OF PIERCE

| | |
|---|---|
| SHANTRA BOLEK-MOORE,<br><br>   Plaintiff,<br><br>vs.<br><br>THE HCI GROUP, a Florida Corporation, and DOES 1 through 10, inclusive,<br><br>   Defendants. | Case No. 20-2-06231-1<br><br>**DEFENDANT THE HCI GROUP'S NOTICE OF APPEARANCE** |

TO:   CLERK OF THE COURT

AND TO:  PLAINTIFF and PLAINTIFF'S ATTORNEYS OF RECORD

  PLEASE TAKE NOTICE that Defendant THE HCI GROUP,[1] without waiving any defense of lack of jurisdiction, improper venue, insufficiency of process, or insufficiency of service of process, hereby enters its appearance in the above-entitled action by and through the undersigned attorneys and requests that notice of all further proceedings in said action, except original process, be served upon the undersigned at the address stated below:

Kellie A. Tabor, WSBA #46260<br>
KTabor@littler.com<br>
LITTLER MENDELSON, P.C.<br>
One Union Square<br>
600 University Street, Suite 3200<br>
Seattle, WA  98101.3122

---

[1] Defendant is still research whether the proper entity that employed Plaintiff has been named. Defendant reserves the right to argue the improper entity has been named.

DEFENDANT THE HCI GROUP'S NOTICE OF APPEARANCE - 1

4848-5410-8609.1

LITTLER MENDELSON, P.C.
One Union Square
600 University Street, Suite 3200
Seattle, WA  98101.3122
206.623.3300

Phone: 206.381.4951
Fax:   816.817.1495


Alyesha A. Dotson, WSBA #55122
ADotson@littler.com
LITTLER MENDELSON, P.C.
One Union Square
600 University Street, Suite 3200
Seattle, WA  98101.3122
Phone: 206.623.3300
Fax:   206.447.6965


Dated:  June 30, 2020

/s/Kellie A. Tabor
Kellie A. Tabor, WSBA #46260
ktabor@littler.com
LITTLER MENDELSON, P.C.
1900 Lombardy Cir
Charlotte, NC 28203
Phone:      206.381.4951
Fax:          816.817.1495


/s/Alyesha A. Dotson
Alyesha A. Dotson, WSBA #55122
adotson@littler.com
LITTLER MENDELSON, P.C.
One Union Square
600 University Street, Suite 3200
Seattle, WA  98101.3122
Phone:      206.623.3300
Fax:          206.447.6965

*Attorneys for Defendant*
THE HCI GROUP

DEFENDANT THE HCI GROUP'S NOTICE OF APPEARANCE

4848-5410-8609.1

- 2 -

LITTLER MENDELSON, P.C.
One Union Square
600 University Street, Suite 3200
Seattle, WA  98101.3122
206.623.3300

## DECLARATION OF SERVICE

I am a resident of the State of Washington, over the age of eighteen years, and not a party to the within action. My business address is One Union Square, 600 University Street, Suite 3200, Seattle, WA 98101. I hereby declare that on June 30, 2020, I

| ☒ | **FILED** the foregoing document entitled *Defendant The HCI Group's Notice of Appearance* via the Pierce County Superior Court E-Filing System (LINX). |

I further declare that I served a copy of the foregoing document on the following persons as indicated below:

**Attorney for Plaintiff**

Kevin P. Smith, WSBA #48578
DEFIANCE LAW LLC
7512 Bridgeport Way West, Suite A
Lakewood, WA 98499
Phone: 253.244.7327
Email: k.smith@defiance.law

| ☒ | **ELECTRONIC SERVICE** by initiating service of the foregoing document on the parties listed above who have consented to accept electronic service via the Pierce County LINX System. |
| ☐ | **EMAIL** to the email address(es) of the person(s) set forth above, *as a courtesy copy.* |
| ☐ | **EMAIL** to the email address(es) of the person(s) set forth above, *pursuant to the parties' agreement to electronic service.* |
| ☐ | **U.S. MAIL** by placing a true copy for collection and mailing following the firm's ordinary business practice in a sealed envelope with postage thereon fully prepaid for deposit in the United States mail at Seattle, Washington addressed as set forth above. |
| ☐ | **PERSONAL DELIVERY** by causing a copy of the document(s) listed above to be personally delivered to the person(s) at the address(es) set forth above. |

I declare under the penalty of perjury under the laws of the State of Washington that the above is true and correct. Executed on June 30, 2020, at Seattle, Washington.

/s/Noemi Villegas
Noemi Villegas, Legal Assistant
NVillegasDiaz@littler.com
**LITTLER MENDELSON, P.C.**

DEFENDANT THE HCI GROUP'S NOTICE OF APPEARANCE - 3

4848-5410-8609.1

LITTLER MENDELSON, P.C.
One Union Square
600 University Street, Suite 3200
Seattle, WA 98101.3122
206.623.3300