The Honorable Benjamin H. Settle

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT TACOMA

SHANTRA BOLEK-MOORE, an individual,

Plaintiff,

vs.

THE HCI GROUP, a Florida Corporation; and DOES 1 THROUGH 10, inclusive,

Defendants.

Case No. 3:20-cv-05736-BHS

**SECOND JOINT STATUS REPORT ON ARBITRATION**

The parties hereto, by and through their undersigned counsel, hereby submit this Second Joint Status Report on Arbitration.

Pursuant to this Court's Order dated July 31, 2020, this action was stayed pending the outcome of binding arbitration, and the parties were ordered to file a joint status report with the Court by March 1, 2021, informing the Court as to the status of the arbitration. (Dkt. 9.)

On September 30, 2020, the parties filed their Joint Status Report on Arbitration and on October 1, 2020 the Court ordered the parties to provide an updated joint status record on the status of the arbitration and mediation.

The parties have agreed to retain Cliff Freed, Washington Arbitration & Mediation Services, to serve as the arbitrator in this matter. In advance of arbitration, the parties agreed to pursue mediation and retained Teresa Wakeen, Wakeen & Associates Mediation Services, for this purpose. Although the parties engaged in mediation in good faith on January 11, 2021, the matter

**SECOND JOINT STATUS REPORT ON ARBITRATION**
Case No. 3:20-cv-05736-BHS                    - 1

LITTLER MENDELSON, P.C.
One Union Square
600 University Street, Suite 3200
Seattle, WA 98101.3122
206.623.3300

remains unresolved. As such, upon the initiation of a demand, this matter will proceed to arbitration.

DATED this 26th day of February 2021.     DATED this 26th day of February 2021.

*/s/ Kevin P. Smith*
Kevin P. Smith, WSBA #48578
k.smith@defiance.law

DEFIANCE LAW PLLC
7512 Bridgeport Way West, Suite A
Lakewood, WA 98499
Phone: 253.244.7327

*Attorney for Plaintiff*
SHANTRA BOLEK-MOORE

*/s/ Alyesha A. Dotson*
Alyesha A. Dotson, WSBA #55122
adotson@littler.com
Goldie A. Davidoff, WSBA #53387
gdavidoff@littler.com

LITTLER MENDELSON, P.C.
600 University Street, Suite 3200
Seattle, WA 98101
Tel: 206.623.3300
Fax: 206.447.6965

*Attorneys for Defendant*
The CJS Solutions Group, LLC dba The HCI Group

**SECOND JOINT STATUS REPORT ON ARBITRATION**
CASE NO. 2:16-cv-01413-RSL        - 2 -

LITTLER MENDELSON, P.C.
One Union Square
600 University Street, Suite 3200
Seattle, WA 98101.3122
206.623.3300

## CERTIFICATE OF SERVICE

I am a resident of the State of Washington. I am over the age of eighteen years and not a party to the within-entitled action. My business address is One Union Square, 600 University Street, Suite 3200, Seattle, Washington 98101. I hereby certify that on February 26, 2021, I electronically filed the foregoing document entitled *Second Joint Status Report on Arbitration* with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following CM/ECF participants:

### Attorneys for Plaintiff

Kevin P. Smith, WSBA # 48578
DEFIANCE LAW PLLC
7512 Bridgeport Way West, Suite A
Lakewood, WA 98499
Telephone: 253.244.7327
Email: k.smith@defiance.law

I certify under penalty of perjury under the laws of the United States and of the State of Washington that the foregoing is true and correct. Executed on February 26, 2021, at Seattle, Washington.

*/s/ Alyesha A. Dotson*
Alyesha A. Dotson, WSBA #55122

4839-5730-7869.2

SECOND JOINT STATUS REPORT ON ARBITRATION
CASE NO. 2:16-cv-01413-RSL - 3

LITTLER MENDELSON, P.C.
One Union Square
600 University Street, Suite 3200
Seattle, WA 98101.3122
206.623.3300