The Honorable Benjamin H. Settle

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT TACOMA

| | |
|---|---|
| SHANTRA BOLEK-MOORE, an individual,<br><br>Plaintiff,<br><br>v.<br><br>THE HCI GROUP, a Florida Corporation; and DOES 1 THROUGH 10, inclusive,<br><br>Defendants. | Case No. 3:20-cv-05736-BHS<br><br>**STIPULATED MOTION AND ORDER TO DISMISS WITH PREJUDICE**<br><br>**Note for Motion Calendar:** September 2, 2021 |

Plaintiff, Shantra Bolek-Moore, and defendant, The HCI Group, stipulate to dismissal of all claims with prejudice against all defendants. In light of the Parties'

stipulation, the Parties jointly move for dismissal of all claims with prejudice, and without costs or attorneys' fees to any party.

      RESPECTFULLY SUBMITTED this 2nd day of September, 2021.

| DEFIANCE LAW PLLC | NILAN JOHNSON LEWIS |
|---|---|
| *s/ Kevin P. Smith*<br>Kevin P. Smith, WSBA No. 48578<br>7512 Bridgeport Way W, Ste A<br>Lakewood, WA 98499<br>(253) 244-7329<br>Email: k.smith@defiance.law<br><br>Attorneys for Plaintiff | *s/Pablo Orozco*<br>Pablo Orozco, admitted *Pro Hac Vice*<br>Joseph Schmitt, admitted *Pro Hac Vice*<br>250 Marquette Ave S, Ste 800<br>Minneapolis, MN 55401<br>Email: POrozco@nilanjohnson.com<br>Email: jschmitt@nilanjohnson.com<br><br>Attorneys for Defendant |

**ORDER**

Based on the foregoing stipulation, it is hereby ordered that Plaintiff Shantra Bolek-Moore's Complaint against Defendant The HCI Group. is dismissed in its entirety, with prejudice and without costs or attorneys' fees to any party.

DATED this ___ day of _____, 2021.

_____
The Honorable Benjamin H. Settle
United States District Court Judge

PRESENTED BY:

DEFIANCE LAW PLLC
Attorneys for Plaintiff, Shantra Bolek-Moore

By _____*s/Kevin P. Smith*_____
Kevin P. Smith, WSBA No. 48578
7512 Bridgeport Way W, Ste A
Lakewood, WA 98499
(253) 244-7327
Email: k.smith@defiance.law


APPROVED AS TO FORM;
NOTICE OF PRESENTATION WAIVED:

NILAN JOHNSON LEWIS


*s/Pablo Orozco*_____
Pablo Orozco, admitted *Pro Hac Vice*
Joseph Schmitt, admitted *Pro Hac Vice*
250 Marquette Ave S, Ste 800
Minneapolis, MN 55401
Email: POrozco@nilanjohnson.com
Email: jschmitt@nilanjohnson.com

Attorneys for Defendant

## CERTIFICATE OF SERVICE

I, Kevin P. Smith, certify that on September 2, 2021, I electronically filed *the foregoing* with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following:

*Attorneys for Defendant The HCI Group:*

NILAN JOHNSON LEWIS

Pablo Orozco
Joseph Schmitt
250 Marquette Ave S, Ste 800
Minneapolis, MN 55401
Email: POrozco@nilanjohnson.com
Email: jschmitt@nilanjohnson.com

Attorneys for Defendant

The foregoing statement is made under the penalty of perjury under the laws of the United States of America and the State of Washington and is true and correct.

DATED this 2nd day of September, 2021.

By: _____
Kevin P. Smith